# First District Court of Appeal
## State of Florida

_____

No. 1D17-2352
_____

GREG WAKEHAM, JOHN FREER
and JOSEPH P. FREER,

     Appellants,

     v.

STEPHEN BUERO and PARADIS
HOLDINGS, LLC,

     Appellees.

_____


On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

November 19, 2018


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

H. Lee Strayhan, III, of Clark Partington, Destin, for Appellants.

Matthew R. Rosenkoff of Taylor English Duma LLP, Atlanta, for Appellees.